UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

          Plaintiff,

     v.

U.S. SECURITIES & EXCHANGE
COMMISSION, et al.,

          Defendants.

Case No.  26-cv-04494-EMC

**ORDER ADOPTING REPORT AND
RECOMMENDATION; AND
DISMISSING CASE**

Docket No. 8

      Plaintiff Eugene Hart has filed suit against multiple individuals, suggesting that they have "put[] [his] security @ risk[]."[1]  Compl., ECF Page 4.  One or more of these individuals may be related to Mr. Hart.  *See* Compl., ECF Page 6 ("Law would be securities laws and defendants that violated it would be family & people whom may be the closest to you.").  Although not entirely clear, Mr. Hart seems to suggest that Defendants believe he is not able to manage his finances and/or that Defendants are not properly taking care of Mr. Hart or his assets.  *See* Compl., ECF Page 8 ("So my main issue is that I'm looked @ to be the blame for being the one can can't either manage my own wealth and responsibilities."); Compl., ECF Page 5 ("The defendants violated it [securities law] by not properly safeguarding my property or 'personal security.'").

      In June 2026, Judge Westmore issued an order granting Mr. Hart's application to proceed in forma pauperis.  In the same order, Judge Westmore reviewed Mr. Hart's complaint pursuant to

---

[1] The caption of the complaint also names the U.S. Securities Exchange Commission ("SEC") as a defendant.  However, the SEC is not identified as a defendant in the body of the complaint, except to the extent Mr. Hart names each individual defendant and then adds "SEC" in parentheses behind the individuals' names.  Nothing in the complaint alleges any wrongdoing by the SEC, a federal agency.

28 U.S.C. § 1915 and recommended that his complaint be dismissed without prejudice based on lack of subject matter jurisdiction and/or failure to state a claim for relief.[2] *See* Docket No. 8 (order; report and recommendation ("R&R")).  The R&R is now pending before this Court.

Mr. Hart did not file an objection to Judge Westmore's R&R.  The Court has also independently reviewed the R&R and finds it thorough, well reasoned, and accurate.  Accordingly, the Court adopts the R&R in its entirety.  The Court therefore dismisses Mr. Hart's case without prejudice based on lack of subject matter jurisdiction (diversity jurisdiction or federal question jurisdiction).  In addition, Mr. Hart fails to state a claim for relief.

The Clerk of the Court is instructed to enter a final judgment in accordance with the above and close the file in the case.

This order disposes of Docket No. 8.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California

---

[2] Judge Westmore also noted that Mr. Hart "has filed over thirty cases in this district, none of which appear to have any merit."  R&R at 2.

2